UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIIL TKACHEV,

                Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C20-532-RSL-MLP

ORDER DIRECTING RESPONDENT
TO FILE STATUS UPDATE

      This is a 28 U.S.C. § 2241 habeas action. In moving to dismiss, Respondent indicated that U.S. Immigration and Customs Enforcement ("ICE") had obtained a travel document to effect Petitioner's removal to Russia and was in the process of scheduling his removal. **Within seven days** of the date of this order, Respondent shall file a status update regarding Petitioner's removal, and if he has been removed, Respondent shall address whether this action is moot.

      The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

      Dated this 5th day of August, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO FILE
STATUS UPDATE - 1