UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIIL TKACHEV,<br><br>                Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | Case No. C20-532-RSL-MLP<br><br>ORDER DIRECTING GOVERNMENT TO FILE RECORDING OF BOND HEARING AND REMOVAL UPDATE |

Having reviewed the record, the Court ORDERS the Government to file, **within 14 days** of the date of this order, either (1) a contemporaneous record of Petitioner's March 18, 2020 bond hearing and an update regarding the status of Petitioner's removal, or (2) if Petitioner has been removed by that time, a notice of his removal.

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 27th day of August, 2020.

                                          */s/ M.J. Peterson*
                                          MICHELLE L. PETERSON
                                          United States Magistrate Judge