UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIIL TKACHEV,

                    Petitioner,

        v.

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

Case No. C20-532-RSL-MLP

ORDER GRANTING MOTION FOR
EXTENSION OF TIME

On August 27, 2020, the Court ordered Respondent to file a status update regarding Petitioner's removal within 14 days. (Dkt. # 14.) On September 10, 2020, Respondent filed a status report indicating that counsel was in the process of gathering the requested information and asking for an extension of time until September 17, 2020, to respond. (Dkt. # 15.) The Court GRANTS Respondent's motion for extension of time. Respondent shall file a status report regarding Petitioner's removal by **September 17, 2020**. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 14th day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 1