UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIIL TKACHEV,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　Respondent. | Case No. C20-532-RSL-MLP<br><br>ORDER DIRECTING GOVERNMENT TO FILE FINAL STATUS UPDATE REGARDING PETITIONER'S REMOVAL |

The Court has reviewed the Government's most recent status update regarding Petitioner's removal, which indicates that difficulties have arisen with respect to obtaining a travel document for Petitioner, but that government officials are attempting to obtain clarification from the Russian Embassy. (*See* Dkt. # 18-1.) **Within 14 days of the date of this order**, the Government shall file a final status report regarding the status of its efforts to remove Petitioner. After reviewing this report, the Court will issue a Report and Recommendation on the Government's motion to dismiss and Petitioner's habeas petition.

\\

\\

ORDER DIRECTING GOVERNMENT TO FILE
FINAL STATUS UPDATE REGARDING
PETITIONER'S REMOVAL - 1

1  The Clerk is directed to send copies of this order to the parties and to the Honorable
2  Robert S. Lasnik.
3  Dated this 23rd day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge