UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIIL TKACHEV,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C20-0532RSL

ORDER GRANTING HABEAS PETITION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses thereto (including the Government's two recent status reports), and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation. No objections were filed, and the untimely status reports do not indicate how the events impact Judge Peterson's analysis or request any particular relief.

(2) The Government's motion to dismiss (dkt. # 5) is DENIED.

(3) Petitioner's habeas petition (dkt. # 1) is GRANTED.

ORDER GRANTING HABEAS PETITION - 1

  (4) The Government is ordered to immediately release Petitioner on reasonable conditions.

  (5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 25th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING HABEAS PETITION - 2