UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIIL TKACHEV,

            Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

            Respondent.

Case No. C20-0532RSL

AMENDED [1]ORDER GRANTING HABEAS PETITION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses thereto (including the Government's recent status reports and communication), and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation. No objections were filed, and the untimely status reports do not indicate how the events impact Judge Peterson's analysis or request any particular relief.

(2) The Government's motion to dismiss (dkt. # 5) is DENIED.

---

[1] Following entry of the original order, James Waldrop, the Assistant United States Attorney assigned to this case, notified chambers staff that Mr. Tkachev is currently en route to York, Pennsylvania, for an interview with the Russian consulate as part of the Government's efforts to obtain travel documents for his removal.

AMENDED ORDER GRANTING HABEAS
PETITION - 1

(3) Petitioner's habeas petition (dkt. # 1) is GRANTED.

(4) The Government is ordered to facilitate petitioner's interview with the Russian consulate as scheduled on November 30, 2020, at 1:00 pm. Once the interview is complete (or if the interview needs to be postponed for any reason), the Government shall return petitioner to this district and process his release on reasonable conditions.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 25th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

AMENDED ORDER GRANTING HABEAS
PETITION - 2